UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

ALONZO WHITTED,

    Plaintiff,

    v.

TRANSUNION, LLC,

    Defendant.

Case No. 4:26-CV-018-GSL-JEM

## **ORDER**

This matter is before the Court on Magistrate Judge John E. Martin's Report and Recommendation [DE 18] entered on March 5, 2025.  For the reasons fully explained in the Report, Magistrate Judge Martin recommends that the Court Grant Defendant TransUnion, LLC's Motion to Dismiss Plaintiff's Complaint [DE 9] without prejudice and with leave for Plaintiff Alonzo Whitted to file a motion for leave to amend the complaint. *See* [DE 18].

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (internal citations omitted) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error"). The Court has reviewed the Report and Recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Magistrate Judge Martin's Report and Recommendation [DE 18] in full and **GRANTS** the Motion to Dismiss Plaintiff's Complaint [DE 9] and **DISMISSES** this case **without prejudice**.

Plaintiff is **GRANTED** leave to file a motion for leave to amend the complaint on or before **April 21, 2026**.

SO ORDERED.

ENTERED: March 24, 2026

/s/ GRETCHEN S. LUND
Judge
United States District Court